**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| KIHYANNA DOMINICK,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL TRZNADEL,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:26-cv-00200-RCL |

**PROPOSED ORDER**

This matter came before the Court on Timothy D. Intelisano's Motion to Withdraw as Defendant Daniel Trznadel ("Motion").

Upon consideration of the Motion and the record herein, and it appearing that good cause exists to grant the Motion, it is

**ORDERED** this ____ day of __________, 2026, that the Motion is hereby **GRANTED**; it is

**FURTHER ORDERED** that Timothy D. Intelisano's appearance on behalf of Defendant Daniel Trznadel is withdrawn; and it is

**FURTHER ORDERED** that Daniel Altchek, Jennifer E. Robins and Saul Ewing LLP shall remain as counsel for Defendant Daniel Trznadel in this matter.

____________________________________
United States District Judge

**COPIES TO:**
Daniel Altchek
Jennifer E. Robins
daniel.altchek@saul.com
jennifer.robins@saul.com

Kihyanna Dominick
3337 Walters LN
Forestville, MD 20747