**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| KIHYANNA DOMINICK,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL TRZNADEL,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:26-cv-00200-RCL |

**NOTICE OF APPEARANCE – JENNIFER E. ROBINS**

**PLEASE TAKE NOTICE** that Jennifer E. Robins, who is admitted to practice in this Court, enters her appearance in this case as co-counsel of record for Defendant Daniel Trznadel.

Please provide copies of all pleadings and documents in this matter to the undersigned.

**SAUL EWING LLP**

August 31, 2026

*/s/ Jennifer E. Robins*
Jennifer E. Robins (D.C. Bar No. 1032209)
1800 -M- Street, NW, Suite 1000 North
Washington, D.C. 20036
Tel: (202) 295-6652 – Telephone
Fax: (202) 337-6065 - Telefax
jennifer.robins@saul.com

Daniel Altchek (admitted *pro hac vice*)
1001 Fleet Street, 9th Floor
Baltimore, MD 21202-4359
(410) 332.8635 - Telephone
(410) 332-8862 – Telefax
daniel.altchek@saul.com

*Counsel for Defendant Daniel Trznadel*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of August, 2026, I caused the foregoing **NOTICE OF APPEARANCE – JENNIFER E. ROBINS** to be filed through the Court's Electronic Filing System. I also certify that the foregoing document will be served upon Plaintiff Kihyanna Dominick by US Mail, postpaid at the following address:

Kihyanna Dominick
3337 Walters Lane
Forestville, MD 20747

*/s/ Jennifer E. Robins*
Jennifer E. Robins

*Counsel for Defendant*